

**U.S. Department of Justice**

*United States Attorney for the*
*Southern District of New York*

---

*86 Chambers Street, Third Floor*
*New York, New York 10007*

November 17, 2025

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Chen v. Arteta et al.*, No. 25 Civ. 9089 (JGK)

Dear Judge Koeltl:

      This Office represents respondents (the "Government") in the above-referenced habeas corpus action. The parties have conferred on a briefing schedule, and with Petitioner's consent, I write to respectfully request that the Court enter the following proposed schedule for briefing on the habeas petition:

- November 24, 2025: Deadline for Government's response to petition; and
- December 1, 2025: Deadline for Petitioner's reply.

      We thank the Court for its consideration of this request and attention to this matter.

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
11/17/25

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

By:   */s/ Adam Gitlin*
     ADAM GITLIN
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone: (212) 637-2734
     E-mail: adam.gitlin@usdoj.gov

cc: Petitioner's counsel of record (via ECF)